FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:14 pm, Sep 04, 2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO:** 4:25cr-111 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2251(a)** |
| | ) | **Production of Child Pornography** |
| **OCTAVIUS D. SHEFFIELD** | ) | |
| | ) | **18 U.S.C. § 2252(a)(4)(B)** |
| | ) | **Possession of Child Pornography** |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

*Production of Child Pornography*
18 U.S.C. § 2251(a)

In or about November 2022, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**OCTAVIUS D. SHEFFIELD,**

employed, used, persuaded, induced, enticed, and coerced Minor #1, who is known to the grand jury, and was under the age of 18, to engage in sexually explicit conduct, knowing or having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that the visual depiction had been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

**COUNT TWO**

*Possession of Child Pornography*

18 U.S.C. § 2252(a)(4)(B)

On or about December 25, 2022, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**OCTAVIUS D. SHEFFIELD,**

knowingly possessed a matter, that is, an Apple iPhone XR mobile phone and an Apple iPhone 7, which contained a visual depiction that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that was produced using material that had been mailed, shipped, and transported in interstate and foreign commerce. The production of the visual depiction involved the use of minor engaged in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

The allegation contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon a conviction of Count One or Count Two of this Indictment charging violations of Title 18, United States Code, Sections 2251 and 2252, the Defendant,

**OCTAVIUS D. SHEFFIELD,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Section 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto, including but not limited to an Apple iPhone XR with serial number DX3G2BBGKXKN and an Apple iPhone 7 with serial number F73ZT7EEHG6W.

If any of the property described above, as a result of any act or commission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Sherri A. Stephan
Assistant United States Attorney
*Co-lead Counsel

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

Frank M. Pennington, II
Assistant United States Attorney
*Co-lead Counsel